**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**

**SAMA MUMA**,

      Plaintiff,                              Case No. 22-cv-10414
                                                          Hon. Matthew F. Leitman

v.

**HAPPY SMILES, LLC**, et al.,

      Defendants.

_____/

**STIPULATION AND ORDER FOR SUBSTITUTION OF COUNSEL**

On stipulation of Peter Domas and David M. Dell, and the court being fully advised in the premises,

**IT IS HEREBY ORDERED** that David M. Dell be withdrawn as counsel for Plaintiff and that Peter J. Domas be substituted as counsel for Plaintiff for the reason that David M. Dell is no longer with the firm CND Law Group PLLC.

                                                          /s/Matthew F. Leitman
                                                          MATTHEW F. LEITMAN
                                                          UNITED STATES DISTRICT JUDGE

Dated:  January 3, 2023

Stipulations:

*/s/ Peter J. Domas*
Peter J. Domas (P76554)
Attorney for Plaintiff
CND Law Group PLLC
33762 Schoolcraft Road,
Livonia, Michigan 48150
(734) 888-8399
pdomas@cnd-law.com


*/s/ David M. Dell*
David M. Dell (P61778)
Attorney for Plaintiff
33762 Schoolcraft Road,
Livonia, Michigan 48150
(734) 888-8399
ddell@cnd-law.com