UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SAMA MUMA,

    Plaintiff,

v.

                                                 Case No. 22-cv-10414
                                                 Hon. Matthew F. Leitman

HAPPY SMILES, LLC;
AUTOMATION ALLIANCE GROUP, LLC;
NICK RAFAEL MOCUTA;
JESSE REGAN,

    Defendants.
_____/

**ORDER GRANTING PLAINTIFF'S MOTION
TO CONFIRM ARBITRATION AWARD (ECF No. 23)**

This matter comes before the Court on Plaintiff Sama Muma's Motion to Confirm Arbitration Award pursuant to the Federal Arbitration Act (the "FAA"), 9 U.S.C. §§ 9-13.[1] (*See* Mot., ECF No. 23.) Defendants have not filed any response to the motion. (*See* Dkt.) Based on the unopposed assertions in the motion, the Court **GRANTS** and the motion and makes the following findings:

On July 10, 2024, Arbitrator Patrick N. Chapin issued a Final Award in favor of Plaintiff in the amount of $28,287.50, consisting of $22,500.00 for common law

---

[1] The Court concludes that it may resolve this motion without oral argument. *See* E.D. Mich. Local Rule 7.1(f)(2).

1

conversion and $5,787.50 for arbitrator fees, against Defendants jointly and severally.

The arbitration was conducted in accordance with the parties' Agreement and the rules of the American Arbitration Association.

There are no grounds under 9 U.S.C. §§ 10-11 to vacate, modify, or correct the arbitration award.

Accordingly, for all the reasons explained above, and based on the unopposed assertions in Plaintiff's motion, the Court **GRANTS** Plaintiff's Motion to Confirm Arbitration Award (ECF No. 23) and **ORDERS** Judgment to be entered in favor of Plaintiff, Father Sama Muma and against Defendants, Happy Smiles, LLC, Automation Alliance Group, LLC, Nick Rafael Mocuta, and Jesse Regan, jointly and severally, in the amount of $28,287.50.

**IT IS SO ORDERED.**

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: October 31, 2024

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on October 31, 2024, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126