## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

FATHER SAMA MUMA,

        Plaintiff,                        Case No. 22-cv-10414
                                                   Hon. Matthew F. Leitman

v.

HAPPY SMILES, LLC, et al.,

        Defendants.

_____/

### JUDGMENT

In accordance with the Order Granting Plaintiff's Motion to Confirm Arbitration Award entered on October 31, 2024, by the Honorable Matthew F. Leitman, and on this day,

**IT IS ORDERED AND ADJUDGED** that judgment is hereby entered in favor of Plaintiff, Father Sama Muma and against Defendants Happy Smiles, LLC, Automation Alliance Group, LLC, Nick Rafael Mocuta, and Jesse Regan, jointly and severally, in the amount of $28,287.50.

This judgment is entered pursuant to the Federal Arbitration Act, 9 U.S.C. §§ 9-13, and fully resolves all claims in this matter.

KINIKIA ESSIX
CLERK OF COURT


By:    s/Holly A. Ryan
       Deputy Clerk

Approved:

s/Matthew F. Leitman
MATTHEW F. LEITMAN
United States District Judge


Dated:  November 19, 2024
Detroit, Michigan